UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                       Case Nos.: 3:13cr110/RV/EMT
                                                                                         3:21cv482/RV/EMT
JACOB DANIEL HAWKINS
_____/

# ORDER

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 17, 2021 (ECF No. 40).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation (ECF No. 40) is adopted and incorporated by reference in this order.

2. Defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 39) is **DENIED and DISMISSED** as untimely; and

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 22nd day of April 2021.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case Nos.:  3:13cr10/RV/EMT; 3:21cv482/RV/EMT